AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA

| | |
|---|---|
| TIFFANY TOTH GRAY, et al | ) |
| *Plaintiff* | ) |
| v. | ) |
| HARCO, INC., et al | ) |
| *Defendant* | ) |

Case No.   1:22-cv-1393-TSC

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Harco, Inc. d/b/a Archibald's Gentlemen's Club ("Harco")                                            .

Date:     11/29/2022

/s/ Allan S. Rubin
*Attorney's signature*

Allan S. Rubin (Pro Hac Vice)
*Printed name and bar number*

Jackson Lewis, P.C.
2000 Town Center, Suite 1640
Southfield, Michigan  48075
*Address*

allan.rubin@jacksonlewis.com
*E-mail address*

(248) 936-1900
*Telephone number*

(248) 936-1901
*FAX number*